UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED
FEB 25 2015
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-6 RAJAN PATEL,

    Defendant.

No. 12-cr-20603

Hon. Arthur J. Tarnow

## VERDICT

WE, THE JURY, FIND RAJAN PATEL:

    As to Count 1—Conspiracy to Commit Health Care Fraud

        NOT GUILTY_____    GUILTY __✓__

    As to Count 3—Health Care Fraud (Lee Walker)

        NOT GUILTY_____    GUILTY __✓__

    As to Count 4—Health Care Fraud (William McIntyre)

        NOT GUILTY_____    GUILTY __✓__

    As to Count 5—Health Care Fraud (Jarrod Pickens)

        NOT GUILTY_____    GUILTY __✓__

    As to Count 7—False Statements Relating to Health Care Matters (Lee Walker)

        NOT GUILTY_____    GUILTY __✓__

As to Count 8—False Statements Relating to Health Care Matters (William McIntyre)

NOT GUILTY _____     GUILTY __✓__

As to Count 9—False Statements Relating to Health Care Matters (Jarrod Pickens)

NOT GUILTY _____     GUILTY __✓__

Dated: 2/25/15                              **s/Jury Foreperson**

**In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.**